IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE E. JONES, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3234 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) That respondent's motion for summary judgment (Filing No. 5) is granted;

2) That petitioner's opposition to the respondent's motion (Filing No. 8) is overruled;

3) That the Petition for Writ of Habeas Corpus filed by Lawrence E. Jones is dismissed with prejudice.

DATED this 29th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court